**Order entered May 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01586-CV

### CATHIE REISLER, Appellant

### V.

### KEITH REISLER, Appellee

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-50508-2010**

## ORDER

Before the Court is appellee Keith Reisler's May 15, 2015 motion to re-designate the opinion as a memorandum opinion and for other relief. In the motion, appellee requests the following: (1) the opinion be re-designated as a memorandum opinion; and (2) the opinion and the May 15, 2015 motion to re-designate be de-linked from the Court's website. According to the certificate of conference, appellate counsel for appellant Cathie Reisler did not oppose the re-designation of the opinion, but did oppose de-linking the opinion from the Court's website. However, on May 19, 2015, appellant Cathie Reisler filed a pro se response opposing the re-designation of the opinion. On May 22, 2015, appellee Keith Reisler filed a reply to appellant Cathie Reisler's pro se response. On May 26, 2015, appellant Cathie Reisler filed an additional pro se response.

The Court issued its opinion in this case on August 5, 2014. Appellee Keith Reisler filed his motion for rehearing on August 20, 2014. The Court denied that motion for rehearing on September 15, 2014. The Court's mandate issued on November 26, 2014. The Court's opinion has been reported by Westlaw at 439 S.W.3d 615.

The Court **DENIES** appellee Keith Reisler's May 15, 2015 motion to re-designate the opinion as a memorandum opinion and for other relief.

/s/     DOUGLAS S. LANG
          JUSTICE